UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETTY COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:21-cv-00813-TWP-DLP |
| | ) |
| WESTMINSTER VILLAGE NORTH, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Betty Cooper, against Defendant, Westminster Village North, Inc., is hereby dismissed, with prejudice, with each party to bear its own fees and costs.

SO ORDERED.

Date: 1/3/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record
via CM/ECF